## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LINDA DIANN SMITH and  :
EDMUND SMITH, III,
                       :
    Plaintiffs,
                       :
vs.                              CA 07-0224-C
                       :
NEWPORT INSURANCE
COMPANY, et al.,       :

    Defendants.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiffs' complaint is due to be, and hereby is, **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by the orders of the Court.

**DONE** this the 14th day of November, 2007.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**